# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

ROGER R. NOLAN, Register No. 46531,  )
                                      )
              Plaintiff,       )
                                      )
              v.                )    No. 05-4237-CV-C-SOW
                                      )
DANA D. THOMPSON, et al.,             )
                                      )
              Defendants.      )

## ORDER

On May 16, 2006, the United States Magistrate Judge recommended that defendants' motion for judgment on the pleadings be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's May 16, 2006 Report and Recommendation is adopted [35]. It is further

ORDERED that defendants' motion for judgment on the pleadings is denied [24].

/s/

SCOTT O. WRIGHT
Senior United States District Judge

Dated: July 25, 2006
Kansas City, Missouri