IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| ROGER R. NOLAN, Register No. 46531, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4237-CV-C-SOW |
| | ) | |
| DANA D. THOMPSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 9, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on November 29, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's November 9, 2006 Report and Recommendation is adopted [43]. It is further

ORDERED that plaintiff's motion for summary judgment is denied, defendants' motion for summary judgment is granted and plaintiff's claims are dismissed [30, 37].

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: January 16, 2007